# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMASA VELASCO, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LOAN BY PHONE OF TEXAS, LLC,<br><br>Defendant. | Case No.  1:26-cv-0434-FRS (SAB)<br><br>ORDER GRANTING RYAN J. STRASSER'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 7) |

Before the Court is the application of Ryan J. Strasser, attorney for Defendant Loan By Phone of Texas, LLC, for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   __**February 18, 2026**__      _____

STANLEY A. BOONE
United States Magistrate Judge

1