TROUTMAN PEPPER LOCKE LLP
Michael S. Lowe (SBN 173664)
(Counsel for Service)
michael.lowe@troutman.com
Andrick J. Zeen (SBN 335646)
andrick.zeen@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:    213.928.9800
Facsimile:    213.928.9850

*Attorneys for Defendant*
LOAN BY PHONE OF TEXAS, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| TOMASA VELASCO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOAN BY PHONE OF TEXAS, LLC,<br><br>Defendant. | Case No.  1:26-cv-00434-FRS (SAB)<br><br>(Temporarily Assigned to Hon. Magistrate Judge Stanley A. Boone)<br><br>**ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>*(Filed concurrently with Joint Stipulation To Extend Time to Respond to Initial Complaint)*<br><br>Complaint Served:    January 23, 2026<br>Current Response Date:   March 13, 2026<br>New Response Date:    May 12, 2026<br>Trial Date:    None set |

ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

Having read and considered the Joint Stipulation to Extend Time to Respond to Initial Complaint filed by Plaintiff TOMASA VELASCO ("Plaintiff") and Defendant LOAN BY PHONE OF TEXAS, LLC, ("Defendant"), and good cause appearing, the Court hereby orders that the extension of time is GRANTED. The time for Defendant to respond to Plaintiff's Complaint shall be extended up to and through **May 12, 2026**.

IT IS SO ORDERED.

Dated:    **March 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge

- 2 -
ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT