UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMASA VELASCO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>LOAN BY PHONE OF TEXAS, LLC,<br><br>        Defendant. | Case No.  1:26-cv-00434-FJS<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 12) |

On April 14, 2026, Plaintiff filed a notice of voluntary dismissal of the entire action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  (ECF No. 12.)

"[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997)).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Commercial Space Mgmt. Co., Inc.*, 193 F.3d at 1078.  In this action, defendant has not filed an answer or other responsive pleading.

Accordingly, the Clerk of Court is respectfully directed to terminate all pending deadlines and proceedings, including the Initial Scheduling Conference set for April 21, 2026, at 9:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer (ECF No. 3), and then close the case.

IT IS SO ORDERED.

Dated:    **April 17, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE